UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

TYNETTA DAVIS,                                  :

                                         :      ORDER OF DISCONTINUANCE
              Plaintiff,                                20 Civ. 7038 (PGG)(GWG)

      -v.-                                          :

                                         :

COMMUNITY RESOURCE CENTER FOR
THE DEVELOPMENTALLY DISABLED, INC.,   :

             Defendant.                      :
-------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      This case contains claims under the Fair Labor Standards Act. On April 16, 2021, an order was issued on the parties' consent agreeing to disposition of this matter by the undersigned pursuant to 28 U.S.C. § 636(c). In a filing dated April 16, 2021 (Docket # 18), the parties have submitted their proposed settlement agreement. Having reviewed the proposed settlement pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015), the Court finds that it is fair and reasonable. The settlement is approved.

      Accordingly, this action is dismissed with prejudice and without costs except as may be stated in the settlement agreement. The Court will retain jurisdiction to enforce the settlement agreement.

      Any pending motions are moot. The Clerk is requested to close the case.

      SO ORDERED.

Dated: April 19, 2021
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge